UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN Re:<br><br>ELISANDRA VILLEGAS RODRIGUEZ<br><br><br>XXX-XX-4332<br><br><br>DEBTOR (S) | Case No. 19-00790-BKT<br><br><br><br>CHAPTER 13 |

**NOTICE OF CLOSING 341 CREDITORS MEETING
AFTER PROVIDING
EVIDENCE OF COMPLIANCE WITH 11 U.S.C. § 1308**

**TO THE HONORABLE COURT:**

  **NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and informs:

  1. The Section 341 Creditors Meeting in this case was held on **March 27, 2019.** After the relevant inquiry, the Trustee decided to hold the meeting open pending Debtor(s) remittance of evidence of applicable tax returns for all taxable periods during the 4-year period ending on the date of the filing of the petition, in compliance with 11 U.S.C. §1308.

  2. Through this notice the Trustee CLOSES the Section 341 meeting and certifies that debtor(s) provided evidence of filing the applicable tax returns in compliance with 11 U.S.C. §1308.

**WHEREFORE,** for the reasons herein stated the Trustee respectfully informs this Honorable Court, all creditors and parties in interest of the **CLOSING of the 341.**

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies a copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective addresses of record as they appear in the attached master address list to the address of record, if any are not registered CM/ECF system participants.

In San Juan, Puerto Rico this, May 02, 2019.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

```
19-00790-BKT                    MASTER ADDRESS LIST
```

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | ELISANDRA VILLEGAS RODRIGUEZ<br>RR10 BOX 10062<br>SAN JUAN, PR 00926 |
| EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 | INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| HELAPAN INC<br>PO BOX 362213<br>SAN JUAN, PR 00936-2213 | EDWIN CARDONA & ASOCIADOS INC<br>PMB 364<br>1353 CARR 19<br>GUAYNABO, PR 00966-2700 |
| RELIABLE AUTO A DIVISION OF POPULAR AUTO LLC<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | CITIBANK NA<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57117 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 | ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |
| MONEY EXPRESS<br>FIRSTBANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | US DEPT OF EDUCATION C/O NELNET<br>C/O US DEPARTMENT OF EDUCATION<br>PO BOX 740283<br>ATLANTA, GA 30374-2083 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | PREMIER BANKCARD LLC<br>JEFFERSON SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | US DEPARTMENT OF EDUCATION C/O NELNET<br>121 SOUTH 13TH STREET 201<br>LINCOLN, NE 68508 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 |

```
PREMIER BANKCARD LLC                        WYNDHAM VACA
JEFFERSON CAPITAL SYSTEMS LLC                10750 W CHARLESTON BLVD
PO BOX 772813                                LAS VEGAS,, NV  89135-1048
CHICAGO, IL  60677-2813


MONEY EXPRESS                                WYNDHAM VACATION OWNERSHIP
PO BOX 9146                                  10750 W CHARLESTON BLVD
SAN JUAN,, PR  00908-0146                    LAS VEGAS,, NV  89135-1048


BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN,, PR  00936-6818


ATT SERVICES
PO BOX 192830
SAN JUAN,, PR  00919-2830


DEPT OF EDUCATION/NELN
121 S 13TH ST
LINCOLN,, NE  68508-1904


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS,, PR  00726-0186


CITICARDS CBNA
PO BOX 6241
SIOUX FALLS,, SD  57117-6241


CITIBANK NA
6716 GRADE LN BLG 9 STE 910-PY DEPT
LOUISVILLE, KY  40213-3439


ELISANDRA VILLEGAS RODRIGUEZ
RR10 BOX 10062
SAN JUAN, PR  00926



,   00000


PAYPAL CREDIT CVSC/SYNCB
PO BOX 960080
ORLANDO,, FL  32896-0080


U.S. SMALL BUSINESS ADMINISTRATION
PO BOX 740192
ATLANTA,, GA  30374-0192
```