IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ELISANDRA VILLEGAS RODRIGUEZ

DEBTOR

CASE NO. 19-00790/EAG

CHAPTER 13

**DEBTOR'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE COURT:

**NOW COMES, ELISANDRA VILLEGAS RODRIGUEZ,** Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On June 26, 2023, this Honorable Court ordered the following:

"The debtor(s) is(are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 6/5/23 (Docket No. 33). Upon failure to reply timely, the Court may enter an order denying the debtor's ('s) proposed post-confirmation modified plan (Docket No. 32)".

2. The Debtor hereby respectfully states that she is in the process of obtaining the documents/information to adequately reply to the Chapter 13 Trustee's unfavorable recommendation, Docket No. 33, in the above captioned case.

3. The Debtor respectfully requests this Honorable Court to grant the Debtor additional time of fourteen (14) days within to resolve the issues raised by the Trustee and reply to the Trustee's unfavorable recommendation, Docket No. 33.

4. Therefore, the Debtor respectfully requests this Honorable Court an extension of time of fourteen (14) days in order to adequately response Trustee's unfavorable recommendation, Docket No. 33. This extension time to expire on July 19, 2023.

**WHEREFORE**, the Debtor requests this Honorable Court to grant the present motion and grant the requested extension of time, in the above captioned case.

**I CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using the CM/ECF filing systems which will send notifications of such the Chapter 13 Trustee; and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF Debtor to is address of record and to all creditors and parties in interest in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 5th day of July, 2023.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 19-00790-EAG13<br>District of Puerto Rico<br>Old San Juan<br>Wed Jul  5 13:44:42 AST 2023 | PRA RECEIVABLE   MANAGEMENT LLC<br>POB 41067<br>NORFOLK, VA 23541-1067 | RELIABLE AUTO A DIVISION OF POPULAR AUTO LLC<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Att Services<br>PO Box 192830<br>San Juan, PR  00919-2830 | Banco Popular de Puerto Rico<br>Bankruptcy Department<br>PO Box 366818<br>San Juan, PR  00936-6818 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0432 | Citicards Cbna<br>PO Box 6241<br>Sioux Falls, SD  57117-6241 | Dept of Education/Neln<br>121 S 13th St<br>Lincoln, NE  68508-1904 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR  00902-3862 | EMP. BERRIOS INC.<br>PO BOX 674<br>CIDRA, PR 00739-0674 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD  57107-0145 |
| IRS<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Island Finance<br>PO Box 71504<br>San Juan, PR  00936-8604 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146 SAN JUAN PR 00908-0146 | Money Express<br>PO Box 9146<br>San Juan, PR  00908-0146 |
| PayPal Credit CVSC/SYNCB<br>PO Box 960080<br>Orlando, FL  32896-0080 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| RELIABLE AUTO, A DIVISION OF POPULAR AUTO LL<br>PO BOX 21382<br>SAN JUAN, PR  00928-1382 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Thd/Cbna<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 | U.S. Department of Education C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 |
| U.S. Small Business Administration<br>PO Box 740192<br>Atlanta, GA  30374-0192 | Wyndham Vaca<br>10750 W Charleston Blvd<br>Las Vegas, NV  89135-1048 | (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 |

| | | |
|---|---|---|
| ELISANDRA VILLEGAS RODRIGUEZ<br>1121 BERKLEY LN.<br>WINTER HAVEN, FL 33880-7146 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Wyndham Vacation Ownership<br>10750 W Charleston Blvd<br>Las Vegas, NV 89135-1048 |

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33